In the Matter of the Estate of ANTHONY S. SADOWSKI, JR., Deceased. MICHELE LIPPA GARTNER, Respondent; JOSEPH A.F. SADOWSKI, Appellant.

Submitted October 1, 2007; decided November 27, 2007

Reported below, 2007 NY Slip Op 71127(U), 76500(U).

Motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing an appeal from a decision, dismissed upon the ground that no motion for leave to appeal lies from an Appellate Division order dismissing an appeal from a decision (*see* CPLR 5602; *Matter of Mixon v Clark*, 3 NY3d 688 [2004]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying a motion for reconsideration or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the

proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.